UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ROSALIE JOHNSON o/b/o Theorian Gerrado
Love Johnson,

                Plaintiff,                07 CIVIL 2839 (GWG)

    -against-                        **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
-----------------------------------------------------------X

**SCANNED**

    Defendant having moved for judgment on the pleadings, and the said motion having come before the Honorable Gabriel W. Gorenstein, United States Magistrate Judge, and the Court thereafter, on June 26, 2008 having rendered its Opinion and Order granting the Commissioner's motion for judgment on the pleadings and dismissing the case, it is,

    **ORDERED, ADJUDGED AND DECREED:**    That for the reasons set forth in the Court's Opinion and Order dated June 26, 2008, the Commissioner's motion for judgment on the pleadings is granted and the case is dismissed; accordingly, the case is closed.

**Dated:** New York, New York
         June 30, 2008

                                              J. MICHAEL McMAHON
                                              Clerk of Court

                          BY:
                                              Deputy Clerk

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____**